NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN GARDNER REIFFIN,**
*Plaintiff-Appellant,*

v.

**MICROSOFT CORPORATION,
WILLIAM H. GATES, III, AND STEVEN A.
BALLMER,**
*Defendants-Appellees.*

---

2012-1357

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-3505, Judge Charles R. Breyer.

---

## ON MOTION

---

## ORDER

Martin Gardner Reiffin moves without opposition for an extension of time, until July 26, 2012, to file his initial brief, and for an extension of time, until September 21, 2012, for the appellees to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph L. Spiegel, Esq.
    Todd M. Siegel, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK